CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION
JUDGE: DAVID J. NOVAK, United States District Judge
DOCKET NO. 3:23CR0154 (DJN)
REPORTER: Melissa Custis, OCR
DATE: July 26, 2024

UNITED STATES OF AMERICA
v.
1. James W. Arehart
2. ___

COUNSEL
1. William J. Dinkin
2. ___

**APPEARANCES:** GOVERNMENT Thomas A. Garnett & Kashan Pathan
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND (✓)   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA (✓)   MOTIONS ( )
OTHER: _____ ( )

**PRELIMINARY PROCEEDINGS:**
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**ARRAIGNMENT PROCEEDINGS:** Indictment

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 | | | ✓ | | | | |
| 2 | | | | | | | |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) 5 (✓)
DEFENDANT REARRAIGNED ON COUNT(S) 5 (✓)
PLEA BARGAIN AGREEMENT FILED (✓)   NO PLEA AGREEMENT ( )
STATEMENT OF FACTS FILED (✓)   USED AS SUMMARY (✓)
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) 5 (✓)
COURT ACCEPTED PLEA (✓)   GOVERNMENT SUMMARIZED EVIDENCE (✓)

JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) 5 (✓)
PRESENTENCE REPORT ORDERED (✓)   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )
AND AGREES TO APPEAR AS DIRECTED

**BOND HEARING PROCEEDINGS:**
DEFENDANT CONTINUED ON PRESENT BOND (✓)   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

**OTHER PROCEEDINGS:**

CASE CONTINUED TO: FEBRUARY 20, 2025 AT 11:00 A.M. FOR SENTENCING
CASE SET: 2:30   BEGAN: 2:29   ENDED: 2:55   TIME IN COURT: 26