## SENTENCING MINUTES

DATE: **MARCH 20, 2025**          CASE NUMBER: 3:23 CR 154 (DJN)

JUDGE: David J. Novak, USDJ          CT REPORTER: Melissa Custis, OCR

INTERPRETER: _____

UNITED STATES OF AMERICA          **Thomas A. Garnett**, AUSA

v.                                                   COUNSEL

**James W. Arehart**          **William J. Dinkin**, ESQ.

SENTENCING ON COUNT(S): **5**          ( ) Criminal Information
                                                    (✓) Indictment ( ) Superseding Ind.

PRELIMINARY MATTERS: **Consent Order of Forfeiture executed and to be filed. Gov't's motion for downward departure and Dett's variance GRANTED.**

OBJECTIONS TO PSR: **Adopted as written**

_____

STATEMENTS MADE BY:  GOV'T (✓)  DEFENSE COUNSEL (✓)  DEFT (—)

ON MOTION OF GOV'T, ( ) INDICTMENT (✓) **1-4, 6 & 7** REMAINING CTS. DISMISSED.

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON:_____ BY:_____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today  (✓)

DEFT REMANDED TO CUSTODY  (✓)

**Controllers dismissed; Dale Mullen addressed outstanding** (CT APPT counsel) FTI debt.

CASE SET: **2:00** BEGAN: **2:00** ENDED: **2:33** TIME IN COURT: **33**

### PAGE TWO (2)

**SENTENCE TEXT**

**COUNT** _5_     IMPRISONMENT ___21___ MOS.   CONCURRENT ( )  CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE ( ✓)

SUPERVISED RELEASE ___3___ YEARS

PROBATION _____ YEARS

FINE $_____   ( ✓) Fine not imposed

SPECIAL ASSESSMENT $_100.00_ due immediately

**COUNT** _____     IMPRISONMENT _____ MOS.   CONCURRENT ( )  CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**COUNT** _____     IMPRISONMENT _____ MOS.   CONCURRENT ( )  CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( ✓)**

**RESTITUTION ORDERED:** _____

_____

**RECOMMENDATION(S) TO BOP:**   _Richmond VA_
( ✓) Designate dft. to a facility near family  ( ) Designate dft. to _____ FCI
( ) SHOCK Incarceration Program      ( ) BRAVE Program
( ) Educational / Vocational training    ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support

( ) OTHER:_____

**PAGE THREE (3)**

**SPECIAL CONDITIONS of Probation / Supervised Release:**

_____ ✓ (1) Incur no new credit without approval of probation officer
_____ ✓ (2) Provide probation officer with access to financial information
_____ (3) Perform community service _____ HOURS during period of supervision
_____ (4) Participate in drug/alcohol treatment; _____, Pay cost of treatment
_____ (5) Participate in mental health treatment; _____ Pay cost of treatment
_____ Participate in anger management
_____ (6) Participate in home confinement program for _____ with monitoring
_____ Permitted to work, attend church, or other approved activities
_____ Maintain telephone without special features; no cordless phone
_____ Pay costs of electronic monitoring
_____ (7) Placement in a Community Confinement Center for _____ (term)
_____ (8) Defendant to be surrendered to BICE for deportation proceedings
_____ If deported, defendant to remain outside the United States
_____ (10) Mandatory drug testing waived
_____ Probation officer may still administer drug test if deemed appropriate
_____ (11) Pay child support in amount ordered by social services or Court
_____ (13) Serve intermittent confinement on weekends for a period of _____ DAYS
_____ (14) No possession of pager, cellular telephone, or other handheld communication device
_____ ✓ (15) Defendant shall pay any balance owed on the S/A imposed by the Court
_____ ✓ Pay in installments of not less than $ 25.00 _____ per month,
to begin 30 / 60 days after start of supervision until paid in full
_____ (16) Waive all rights of confidentiality regarding mental health treatment
(or other treatment) to allow release of information to Probation, etc.
_____ (17) Commencing _____, and continuing for _____, defendant may
operate a motor vehicle only for purposes of work and court, including travel to
the Probation Office and alcohol treatment program
_____ (18) Defendant to apply monies received from tax refunds, lottery winnings, and any
anticipated or unexpected financial gains to the Court-ordered financial obligation

_____ ✓ (---) **Other special conditions:**

Prohibited from engaging in any aspect of
the banking business or any similar occupation
where the Deft would have access to money;
Work, perform community service ... 30 hours
per week beginning 60 days after release